**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:19CR57 |
| ) | Judge O'Grady |
| KHALIL YASIN ) | Sentencing: 6/12/20 |

**DEFENDANT'S MOTION FOR TRANSFER TO ALEXANDRIA DETENTION CENTER**

Defendant, Khalil Yasin ("Mr. Yasin"), through undersigned counsel, hereby files this Motion for Transfer back to the Alexandria Detention Center("ADC"), from the Northern Neck Regional Jail ("Northern Neck"). Undersigned counsel communicated with AUSA James Trump. AUSA Trump declined to consent to this Motion. As grounds for this Motion, Mr. Yasin states as follows:

1. On February 20, 2020, Mr. Yasin pled guilty to Count One in the Third Superseding Indictment - conspiracy to distribute and possession with intent to marijuana.

2. Mr. Yasin's sentencing is set for June 12, 2020, in this Court.

3. Within the last 30 days or so, Mr. Yasin was transferred from the ADC to Northern Neck in Warsaw, Virginia.

4. Undersigned counsel has virtually no access to Mr. Yasin while he is incarcerated at Northern Neck. Counsel cannot review the Presentence Report with him, and otherwise prepare for sentencing.

5. There are other matters that must be addressed with the Government prior to Mr. Yasin's sentencing. That cannot be done

2

without Mr. Yasin in the ADC.

6. Further, Mr. Yasin's family cannot see him when he is so far away in Northern Neck.

7. Mr. Yasin is prone to anxiety and depression. Being away from counsel, his family, and with the inherent stress and anxiety caused by the corona virus in prisons, his anxiety level is very, very high.

8. Mr. Yasin cannot be prepared for sentencing on June 12, 2020, if he remains in Northern Neck. Counsel must have access to him to prepare for sentencing.

WHEREFORE, Mr. Yasin moves the Court to enter an order or make a request to the Marshal's Service that Mr. Yasin be transferred to the Alexandria Detention Center from the Northern Neck Regional Jail.

                                                         /S/
Peter L. Goldman, Esq.
Saboura, Goldman & Colombo, P.C.
524 King Street
Alexandria, VA 22314
(703) 684-6476 (o)
(703) 549-3335 (f)
pgoldmanatty@aol.com
Counsel for Defendant
Khalil Yasin

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 6th day of April, 2020, a copy of the foregoing Motion was sent via ECF to: AUSA James L. Trump, and AUSA Carina A. Cuellar, United States Attorney's Office for the Eastern District of Virginia, 2100 Jamieson Ave., Alexandria, Virginia 22314.

                                       /S/
                            Peter L. Goldman