# UNITED STATES DISTRICT COURT

## FOR

## THE EASTERN DISTRICT OF VIRGINIA

**U.S.A. vs Khalil Yasin**                                      **Docket No. 1:19-CR-00057-17**

### 1st Addendum to
### Petition on Supervised Release
### Hearing Scheduled for September 4, 2025

**MANDATORY CONDITION:**    **THE DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE.**

**MANDATORY CONDITION:**    **THE DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE – POSSESSION AND USE OF CODEINE.**

On June 27, 2025, the defendant submitted a urine sample at the Alexandria probation office, which tested positive for amphetamines, buprenorphine and opiates. The defendant's sample was submitted to the national laboratory and confirmed positive for buprenorphine and opiates, specifically codeine. Probation notes that the defendant is prescribed buprenorphine through the Fairfax Community Services Board (CSB). The defendant does not recall consuming any medication containing codeine but noted that he might have taken flu medication at his parents' house at some point. All additional urine screens have yielded negative results for illicit substances.

### ORDER OF COURT

Considered and ordered this _____ day of
___ _____, 2025, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2025

_____

_____
Michael S. Nachmanoff
United States District Judge

For Annabella K. Steppat
United States Probation Officer
703-299-2308

Place: Alexandria, Virginia

**TO CLERK'S OFFICE**                                                      DF-69 (Rev. 02/20)