UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHALIL J. YASIN,<br>    *Defendant.* | Case Number 1:19-cr-57 |

ORDER

Upon consideration of Defendant's Motion to Appoint New Counsel and for a Hearing (ECF 1180), and for good cause shown, it is hereby

ORDERED that the motion is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that Defendant's Motion to Appoint New Counsel is GRANTED; and it is further

ORDERED that the Federal Public Defender's office is appointed to represent the defendant in this matter; and it is further

ORDERED that Defendant is DIRECTED to raise any further concerns about his supervised release conditions with his new counsel; and it is further

ORDERED that Defendant's motion for a hearing is DENIED.

The Clerk's Office is directed to send a copy of this Order to all counsel of record, to the Federal Public Defender's office, and to the United States Probation Office.

/s/
Michael S. Nachmanoff
United States District Judge

October 6, 2025
Alexandria, Virginia