FILED: November 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4554 (L)
(1:19-cr-00057-LO-5)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOSEPH DUK-HYUN LAMBORN, a/k/a Joe Yu, a/k/a Trigga

Defendant - Appellant


_____

No. 22-4555
(1:19-cr-00057-LO-13)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

YOUNG YOO, a/k/a YG

Defendant – Appellant


_____

No. 22-4556
(1:19-cr-00057-LO-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

PETER LE, a/k/a Savage, a/k/a Loki, a/k/a Lorton King

        Defendant - Appellant


_____

No. 22-4560
(1:19-cr-00057-LO-8)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

TONY MINH LE, a/k/a Sneaks, a/k/a Sneaky, a/k/a T, a/k/a Tiger

        Defendant - Appellant


_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgments of the district

court in Case Nos. 22-4554, 22-4555, and 22-4556, are affirmed in part and

vacated in part. These cases are remanded to the district court for further

proceedings consistent with the court's decision. The judgment of the district court in Case No. 22-4560 is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK