Prob 35 (Rev. 05/01)
VAE (Rev 07/19)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.   Crim. No. 1:19CR00057-002

DANE NICHOLAS HUGHES

On September 7, 2023, the above-named defendant was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Frank Weaver
Digitally signed by Frank Weaver
Date: 2025.11.24 07:44:28 -05'00'

Frank Weaver
Senior U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2025.

Michael S. Nachmanoff
United States District Judge

**TO CLERK'S OFFICE**